# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY KEITH MERTSOCK,** | : | CIVIL ACTION NO. 4:15-CV-2363 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **BRADLEY BUCCHOLZ,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 14th day of March, 2016, upon consideration of the report (Doc. 14) of Chief Magistrate Judge Martin C. Carlson, recommending dismissal of the above-captioned action upon receipt of correspondence (Doc. 13) from plaintiff Danny Keith Mertsock ("Mertsock") indicating that he no longer wishes to pursue this case, and the court being in agreement with Judge Carlson that dismissal is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), see FED. R. CIV. P. 41(a)(1)(A)(I), it is hereby ORDERED that:

1. The report (Doc. 14) of Chief Magistrate Judge Carlson is ADOPTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania